UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | |
|---|---|
| Case No. | CV 13-1396 DSF (Ex) |
| Date | 7/9/13 |
| Title | Gloria June Harrison v. American Home Mortgage, Inc, et al. |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order on "Praecipe to Judicial Officer(s) and Clerk of Court" (Docket # 85)

To the extent Plaintiff seeks "clarification and amendments" concerning this Court's June 20, 2013 Order GRANTING Motions to Dismiss, the request is denied. The Order clearly granted the motions to dismiss the complaint and permitted amendment no later than July 12. Failure to amend by that date will result in dismissal with prejudice.