JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JUNE HARRISON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. CV 13-1396 DSF (Ex)<br><br>JUDGMENT OF DISMISSAL |

    The Court having previously issued an Order dismissing the Complaint with leave to amend and plaintiff not having timely responded by filing an amended complaint as ordered, and the Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution indicating that failure to comply with that Order would result in dismissal, and plaintiff having failed to comply with the requirements of that Order,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to 28 U.S.C. § 1920.

1 | Dated:  10/1/13

   _____
   DALE S. FISCHER
   United States District Judge